[Nos. 72928-4-I; 72929-2-1.   Division One.   July 20, 2015.]

*In the Matter of the Dependency of* T.S. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. WILLIE L. MATHEWS, *Appellant.*

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Leach, JJ.

[Nos. 44922-6-II; 46041-6-11.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ALONSO BERNAL-MARTINEZ, *Appellant.*

*In the Matter of the Personal Restraint of* JOSE ALONSO BERNAL-MARTINEZ, *Petitioner.*

Judgment *reversed* and petition *dismissed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 45163-8-II.   Division Two.   July 21, 2015.]

*In the Matter of the Personal Restraint of* SHAMARR PARKER, *Petitioner.*

*Granted* and *remanded* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.